# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL MCNEIL,
Appellant,
vs.
TIM FILSON, WARDEN; NEVADA
DEPARTMENT OF CORRECTIONS;
AND THE STATE OF NEVADA,
Respondents.

No. 74261

FILED

JAN 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on October 12, 2017. To the extent that appellant appeals from the order to transfer, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]The motion to waive the filing fee is denied as moot. The filing fee has been waived.

18-03817

cc: Hon. David M. Jones, District Judge
Michael McNeil
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk